# EXHIBIT A

**Plaintiff's Complaint**

# Justice Court, Henderson Township
## CLARK COUNTY, NEVADA

Name: KIM WALKER

Address: 142 LITTLESTONE STREET
HENDERSON, NV 89074

Telephone: 702-283-3482   Email: splashdblcurl96@icloud.com

Plaintiff,

---vs---

Name: JOLAINE SAXTON

Address: 2734 CAROLINA BLUE AVENUE
HENDERSON, NV 89052

Telephone: 702-290-6317   Email: jsaxton@usbr.gov

Defendant,

CASE NO. 24AH000279

DEPT NO. 1

**AFFIDAVIT OF COMPLAINT SMALL CLAIMS**

STATE OF NEVADA )
COUNTY OF CLARK )

I, (insert your full name) KIM WALKER, state that the Defendant owes the Plaintiff the sum of $ 10,000. The reason for this indebtedness is:

On October, 2, 2024, a court reversed Ms. Saxton's wrongful termination of the plaintiff. During this and two other agency investigations, Ms. Saxton defamed my character through libel and slander in sworn affidavits and other testimony by accusing the plaintiff of misconduct, name-calling, and insubordination. Additionally, Ms. Saxton improperly divulged private details of my personal life with co-workers, HR staff, and the Regional Director's office resulting in profound damages to my federal career.

Demand for payment has been made, and the Defendant refuses to pay the same. Henderson Justice Court, in the County of Clark, State of Nevada has jurisdiction because the defendant resides, does business in, or is employed in Henderson Township at the time of the filing of the complaint, or was so when the cause of action arose; or in cases involving injury to the person or property, Henderson Township is the location where the injury occurred; or in cases involving a contract to perform an obligation, where the obligation is or was to be performed.

**I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct (NRS 53.045).**

_____   _____
(Affiant's Signature)                              (Date)

## SUMMONS & ORDER TO APPEAR

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU APPEAR ON THE FOLLOWING DATE.**

YOU ARE HEREBY ORDERED TO APPEAR FOR TRIAL ON THE PLAINTIFF'S CLAIM AT:
**HENDERSON JUSTICE COURT ▪ 243 WATER STREET ▪ HENDERSON, NEVADA 89015**
on the 26th day of February, 2025, at the hour of **8:30AM** in Dept. # 1 and present any defense you may have. All parties who appear in Court must be authorized to potentially enter into binding agreements through a mediation process. You are further notified that in the event you do not appear on time, judgment will be given against you in the amount claimed due by the Plaintiff, which may result in the garnishment of wages and the seizure of property. **BRING WITH YOU ALL WITNESSES AND THREE (3) COPIES OF ANY EVIDENCE NECESSARY TO PROVE YOUR CASE.** VIDEO AND AUDIO FILES MUST BE PROVIDED ON A REMOVABLE PORTABLE STORAGE DEVICE IN A FORMAT SUPPORTED BY WINDOWS MEDIA PLAYER. INDIVIDUAL PIECES OF EVIDENCE SHOULD BE ORGANIZED AND CLEARLY MARKED FOR REFERENCE BY THE COURT.

Contact Henderson Justice Court to confirm court date: (702) 455-7980.

COURT COSTS $ 196.00
CONSTABLE/PS FEES $ 40.00
TOTAL $ 236.00

HJC 07/23/2024